## THE STATE v. HARRY CLAYTON, Appellant.

### Division Two, January 4, 1915.

APPEAL: No Bill of Exceptions. Where no bill of exceptions was filed in the case, and the indictment charging defendant with a felony, the verdict, judgment and other portions of the record are all regular, the judgment will be affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Kent K. Koerner,* Judge.

AFFIRMED.

*Willis H. Clark* and *Beno Altheimer* for appellant.

*John T. Barker,* Attorney-General, and *W. T. Rutherford,* Assistant Attorney-General, for the State.

ROY, C.—Defendant was charged under indictment with escaping from an officer having him in custody on a charge of grand larceny. He was convicted by a jury and his punishment assessed at two years' imprisonment in the penitentiary. No bill of exceptions was ever filed in the case.

The indictment, verdict, judgment and other portions of the record offered are all regular and sufficient. Finding no error therein, the judgment is affirmed. *Williams, C.,* concurs.

PER CURIAM.—The foregoing opinion of ROY, C., is adopted as the opinion of the court. All of the judges concur.